21190. EDWARDS *v.* BURROUGHS.

BROYLES, C. J. Under the facts of the case as disclosed by the record the judge of the superior court of Fulton county did not err in overruling the certiorari. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED APRIL 14, 1931.

*Neufville & Neufville,* for plaintiff in error.
*Hewlett & Dennis, E. W. Fountain,* contra.